UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV 04-2007 CAS (RZx)

| | |
|---|---|
| In the Matter of the Creation of the Calendar | ORDER OF THE CHIEF JUDGE |
| of | 04-026 |
| Judge GEORGE P. SCHIAVELLI | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge George P. Schiavelli,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Christina A. Snyder to the calendar of Judge George P. Schiavelli:

| | | | |
|---|---|---|---|
| CV 03 | 2704 | CAS (Mc) | Earl James Robbins v. Delbert Redmon, etal |
| CV 03 | 4298 | CAS (RCx) | Dharma Kaur Khalsa v. Diversified Pro, etal |
| CV 03 | 8735 | CAS (MANx) | David Dadon v. Edward A. Roth etal |
| CV 04 | 696 | CAS (SS) | Sudduth v. Baca etal |
| CV 04 | 1040 | CAS (SHx) | Darren Del Nero etal v. Midland Credit Management Inc., etal |
| CV 04 | 1788 | CAS (JTLx) | Family Dental Fitness v. John Ashcroft etal |
| CV 04 | 2007 | CAS (RZx) | Ellis etal v. Grant and Weber etal |
| CV 04 | 2860 | CAS (CWx) | Robert Harway v. Aljac LLC etal |
| CV 04 | 3174 | CAS (RZx) | Lakeisha Gaines v. County of Los Angeles etal |
| CV 04 | 3464 | CAS (E) | Bradford T. Taylor v. Board of Prison Terms etal |
| CV 04 | 3672 | CAS (VBKx) | Judith Walker v. Don C. Reed etal |

DATED: August 16, 2004

_____
Stephen V. Wilson, Acting Chief Judge

ENTERED ON CM 8/16/04