UNITED STATES DISTRICT COURT                    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.   **CV04-2007-GPS(RZx)**              Date:  September 27, 2004

Title:   ELLIS, ET AL V. GRANT AND WEBER, ET AL

=================================================================

PRESENT:   The **HONORABLE GEORGE P. SCHIAVELLI**, United States District Judge

       Krista Barrett                  Not present
       Courtroom Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:   SCHEDULING CONFERENCE

The Scheduling Conference does not go forward because of a miscommunication involving the judicial assignment of the case.

The Scheduling Conference is hereby continued to October 12, 2004 at 11:00 a.m.  Trial counsel are ordered to be present.

MINUTES FORM   90                        Initials of Deputy Clerk
CIVIL - GEN