UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION  
CIVIL MINUTES - GENERAL

Send

Case No.  **CV04-2007-GPS(RZx)**          Date:   September 12, 2005

Title:   ELLIS, ET AL V. GRANT AND WEBER, ET AL

===============================================================================

PRESENT:   The **HONORABLE GEORGE P. SCHIAVELLI**, United States District Judge

        Krista Barrett              Rosalyn Adams  
        Courtroom Clerk           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Robert Brennan                     Andrew M. Steinheimer  
                                       Mark E. Ellis

PROCEEDINGS:   **PRETRIAL CONFERENCE**

Court and counsel confer. The Court continues the pretrial to February 13, 2006 at 11:00 a.m. The trial is continued to April 11, 2006 at 8:30 a.m.

    **IT IS SO ORDERED.**

DOCKETED ON CM  
SEP 21 2005  
BY _____ 010

MINUTES FORM   90                        Initials of Deputy Clerk  
CIVIL - GEN