ORIGINAL

Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV04-2007-WDK(RZx) | Date | April 10, 2006 |
| Title | Roger Ellis, et al. v. Grant and Weber, et al. | | |

Present: The Honorable William D. Keller, United States District Judge

| Jovita I. Grady | Margaret Babykin | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:
Robert F. Brennan

Attorneys Present for Defendants:
Mark E. Ellis
Andrew M. Steinheimer

**Proceedings:** Status Conference

Court and counsel confer on and off the record re status of case and settlement discussions, as well as administrative, procedural and legal matters.

Matter is continued to April 11, 2006, at 9:00 a.m. for further status conference; jury trial to follow.

DOCKETED ON CM
APR 13 2006

3 : 10

Initials of Preparer  JG